| | | |
|---|---|---|
| Ira Bodenstein<br>Shaw Fishman<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654<br>(312) 662-2861<br>Chapter 7 Trustee | The Honorable:<br>Chapter 7<br><br>Hearing Date:<br>Hearing Time: | EUGENE R. WEDOFF<br><br><br>01/07 /2014<br>10:00 a.m. |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re:   JOHNSON, STEVEN | §<br>§<br>§ | Case No. 12-50105 |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ira Bodenstein, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on January 7,2014 in Courtroom 744, United States Courthouse, 219 South Dearborn Street Chicago, IL. 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Date Mailed: 12/02/2013         By:    Ira Bodenstein
                                       Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 662-2861

UST Form 101-7-NFR (10/1/2010)

Ira Bodenstein  
Shaw Fishman  
321 N. Clark St., Ste. 800  
Chicago, IL 60654  
(312) 662-2861  
    Chapter 7 Trustee

The Honorable: EUGENE R. WEDOFF  
Chapter 7  
Location: _____  
Hearing Date: _____ / /  
Hearing Time: _____  
Response Date: _____ / /

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: JOHNSON, STEVEN      § Case No. 12-50105  
     §  
     §  
Debtor(s)      §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,592.84 |
| *and approved disbursements of* | $ 10.00 |
| *leaving a balance on hand of* [1] | $ 5,582.84 |
| **Balance on hand:** | $ 5,582.84 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,582.84 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 1,309.28 | 0.00 | 1,309.28 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,309.28 |
| Remaining balance: | $ 4,273.56 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   4,273.56

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $   0.00
Remaining balance:   $   4,273.56

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,284.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC as assignee of Bank of America | 24,284.03 | 0.00 | 4,273.56 |

Total to be paid for timely general unsecured claims:   $   4,273.56
Remaining balance:   $   0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/Ira Bodenstein
Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 662-2861

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                            United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                                    Case No. 12-50105-ERW
Steven Johnson                                                            Chapter 7
          Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0752-1          User: cmendoza1              Page 1 of 2            Date Rcvd: Dec 03, 2013
                              Form ID: pdf006              Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2013.
db         +Steven Johnson,   1928 N. Normandy,   Chicago, IL 60707-3928
19845391   +Bank of America,   PO Box 851001,   Dallas, TX 75285-1001
19845400   +CMRE Finanical Services, Inc.,   3075 E. Imperial HWY,   Suite 200,   Brea, CA 92821-6753
20645369    Cavalry SPV I, LLC as assigneed,   of Bank of America/FIA Card Serv, N.A.,
             Portfolio Services, LLC,   500 Summit Lake Drive Suite 400,   Valhalla, NY 10595-1340
19845393   +Central Portfolio Control,   6640 Shady Oak Rd,   Unit 300,   Eden Prairie, MN 55344-7710
19845394   +Chase Bank USA, N.A.,   201 N. Walnut Street,   Wilmington, DE 19801-2920
19955888   +Chicago's Patrolmen's Credit Union,   203 N. Wabash Avenue,   Chicago, IL 60601-2406
19845396   +Citibank,   c/o Northland Group, Inc.,   PO Box 390905,   Minneapolis, MN 55439-0905
19955889   +Citicards CBNA,   PO Box 6500,   c/o Citi Corp,   Sioux Falls, SD 57117-6500
19845397   +City of Chicago, Dept.Reveue-Water,   PO Box 6330,   Chicago, IL 60680-6330
19955890   +Commercial Loan Service Center,   US Small Business Adminstration,
             2120 Riverfront Dr., Suite 100,   Little Rock, AR 72202-1794
19955891    Fifth Third Bank,   LBJ Freeway,   Suite 250,   Dallas, TX 75243
19845402   +Law Offices of Talan & Ktsanes,   223 West Jackson,   Suite 512,   Chicago, IL 60606-6904
19845401    Law Offices of Talan & Ktsanes,   233 W. Jackson Blvd., Suite 512,   Chicago, IL 60606
19955895   +Libya and Robert Wood,   4745 W. Washington Blvde,   First Floor,   Chicago, IL 60644-3620
19845403   +Markoff Krasny LLC,   29 North Wacker Drive,   Suite 550,   Chicago, IL 60606-2851
19845404   +Nationwide Credit,   PO Box 26314,   Lehigh Valley, PA 18002-6314
19955892   +THD/CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497
19845410   +US Bank National Association,   c/o Ira T. Nevel,   175 North Franklin St., Suite 201,
             Chicago, IL 60606-1847
19845411   +Vision Financial Corp,   PO Box 460260,   Saint Louis, MO 63146-7260
19845412   +Wells Fargo Home Mortgage,   PO Box 10335,   Des Moines, IA 50306-0335
19845413   +Wells Fargo Master Servicing,   c/o Fisher and Shapiro, LLC,   2121 Waukegan Rd., Suite 301,
             Bannockburn, IL 60015-1831
19845414   +West Suburban Hospital,   Dept. 4658,   Carol Stream, IL 60122-0001
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19845392    E-mail/Text: bankruptcy@cavps.com Dec 04 2013 02:15:45   Calvary Portfolio Services, LLC,
             PO Box 27288,   Tempe, AZ 85285
19845406   +Fax: 407-737-5634 Dec 04 2013 02:42:36   Ocwen Loan Servicing,   1661 Worthington Road,
             Suite 100,   West Palm Beach, FL 33409-6493
19845408   +E-mail/Text: bnc@ursi.com Dec 04 2013 02:07:43   United Recovery Systems LP,   PO Box 722929,
             Houston, TX 77272-2929
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19845395*   +Chase Bank USA, N.A.,   201 N. Walnut Street,   Wilmington, DE 19801-2920
19845398*   +City of Chicago, Dept.Reveue-Water,   PO Box 6330,   Chicago, IL 60680-6330
19845399*   +City of Chicago, Dept.Reveue-Water,   PO Box 6330,   Chicago, IL 60680-6330
19845405*   +Nationwide Credit,   PO Box 26314,   Lehigh Valley, PA 18002-6314
19845407*   +Ocwen Loan Servicing,   1661 Worthington Road,   Suite 100,   West Palm Beach, FL 33409-6493
19845409*   +United Recovery Systems LP,   PO Box 722929,   Houston, TX 77272-2929
19845415*   +West Suburban Hospital,   Dept. 4658,   Carol Stream, IL 60122-0001
19955862   ##+American Home Mortgage,   10440 Little Patuxent Parkway,   PO Box 905,   Columbia, MD 21044-0905
                                                                                   TOTALS: 0, * 7, ## 1
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2013                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1           User: cmendoza1              Page 2 of 2                  Date Rcvd: Dec 03, 2013
                               Form ID: pdf006              Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2013 at the address(es) listed below:
              Ira  Bodenstein    iratrustee@shawfishman.com,   IL29@ecfcbis.com;cowens@shawfishman.com
              Patience R Clark    on behalf of Debtor Steven  Johnson prc@clarklawchicago.com,
               prcpclaw@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter C Bastianen    on behalf of Creditor   Ocwen Loan Servicing, LLC ND-Four@il.cslegal.com
                                                                                             TOTAL: 4
```