# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: JOHNSON, STEVEN　　　　　　　　　　　§ Case No. 12-50105
　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　　§

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

　　Ira Bodenstein, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

　　1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $692,233.00　　　　　　　　Assets Exempt: $186,800.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,273.56　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　Without Payment: $1,018,439.47

Total Expenses of Administration: $1,319.28

---

　　3)  Total gross receipts of $ 5,592.84 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,592.84 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

Case 12-50105    Doc 37    Filed 03/19/14    Entered 03/19/14 11:04:57    Desc Main
                Document      Page 2 of 7

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,097,556.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,319.28 | 1,319.28 | 1,319.28 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,021,029.00 | 24,284.03 | 24,284.03 | 4,273.56 |
| **TOTAL DISBURSEMENTS** | $2,118,585.00 | $25,603.31 | $25,603.31 | $5,592.84 |

4) This case was originally filed under Chapter 7 on December 21, 2012. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/04/2014        By: /s/Ira Bodenstein
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Tax Refund | 1124-000 | 5,592.84 |
| **TOTAL GROSS RECEIPTS** | | **$5,592.84** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 528,279.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 129,841.00 | N/A | N/A | 0.00 |
| NOTFILED | Ocwen Loan Servicing | 4110-000 | 202,219.00 | N/A | N/A | 0.00 |
| NOTFILED | Ocwen Loan Servicing | 4110-000 | 124,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Ocwen Loan Servicing | 4110-000 | 113,217.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,097,556.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 1,309.28 | 1,309.28 | 1,309.28 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,319.28 | $1,319.28 | $1,319.28 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC as assignee of Bank of America | 7100-000 | 22,600.00 | 24,284.03 | 24,284.03 | 4,273.56 |
| NOTFILED | Fifth Third Bank LBJ Freeway | 7100-000 | 363,315.00 | N/A | N/A | 0.00 |
| NOTFILED | Commercial Loan Service Center US Small Business | 7100-000 | 55,000.00 | N/A | N/A | 0.00 |
| NOTFILED | THD/CBNA | 7100-000 | 8,401.00 | N/A | N/A | 0.00 |
| NOTFILED | West Suburban Hospital | 7100-000 | 750.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank National Association c/o Ira T. Nevel | 7100-000 | 119,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Citicards CBNA | 7100-000 | 28,041.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | West Suburban Hospital | 7100-000 | 1,050.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Master Servicing c/o Fisher and Shapiro, LLC | 7100-000 | 233,376.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank USA, N.A. | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago, Dept.Reveue-Water | 7100-000 | 444.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago, Dept.Reveue-Water | 7100-000 | 502.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago, Dept.Reveue-Water | 7100-000 | 435.00 | N/A | N/A | 0.00 |
| NOTFILED | American Home Mortgage | 7100-000 | 150,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Central Portfolio Control | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chicago's Patrolmen's Credit Union | 7100-000 | 11,715.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank USA, N.A. | 7100-000 | 7,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank c/o Northland Group, Inc. | 7100-000 | 8,500.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,021,029.00 | $24,284.03 | $24,284.03 | $4,273.56 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-50105  
**Case Name:** JOHNSON, STEVEN  

**Period Ending:** 03/04/14

**Trustee:** (330129)    Ira Bodenstein  
**Filed (f) or Converted (c):** 12/21/12 (f)  
**§341(a) Meeting Date:** 02/26/13  
**Claims Bar Date:** 07/05/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2731 W. Washington Blvd., Chicago, IL 60612, (In | 174,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2734 W. 139th, Blue Island, IL 60406 (Investment | 62,000.00 | 0.00 | | 0.00 | FA |
| 3 | 1928 N. Normandy, Chicago (residential prop, hel | 129,000.00 | 0.00 | | 0.00 | FA |
| 4 | 4745 W. Washington Blvd, Chicago, IL 60644, (Inv | 113,000.00 | 0.00 | | 0.00 | FA |
| 5 | 4145 W. Grenshaw Street, Chicago, IL 60624, (Inv | 20,000.00 | 0.00 | | 0.00 | FA |
| 6 | Cash on Hand | 100.00 | 100.00 | | 0.00 | FA |
| 7 | Checking Savings Account | 400.00 | 400.00 | | 0.00 | FA |
| 8 | Household Furniture and Appliances | 800.00 | 0.00 | | 0.00 | FA |
| 9 | Household Furniture and Appliances | 400.00 | 400.00 | | 0.00 | FA |
| 10 | Necessary Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 11 | Wedding Ring | 500.00 | 0.00 | | 0.00 | FA |
| 12 | Police issued 357 Magnum | 375.00 | 375.00 | | 0.00 | FA |
| 13 | Pension | 90,000.00 | 0.00 | | 0.00 | FA |
| 14 | 457k account | 80,000.00 | 0.00 | | 0.00 | FA |
| 15 | Tax Refund | 5,700.00 | 5,700.00 | | 5,592.84 | FA |
| 16 | Unpaid Rent | 3,600.00 | 3,600.00 | | 0.00 | FA |
| 17 | 2007 GMC DeNali (68,000 Miles) | 9,000.00 | 9,000.00 | | 0.00 | FA |
| 18 | 2007 GMC DeNali (123,000 Miles) | 8,558.00 | 8,558.00 | | 0.00 | FA |
| 18 | **Assets    Totals** (Excluding unknown values) | **$697,933.00** | **$28,133.00** | | **$5,592.84** | **$0.00** |

**Major Activities Affecting Case Closing:**

Awaiting federal tax return refund. Claims bar date 07/05/2013.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2013      **Current Projected Date Of Final Report (TFR):**    December 2, 2013  (Actual)

Printed: 03/04/2014 12:49 PM    V.13.14

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-50105 | **Trustee:** Ira Bodenstein (330129) |
| **Case Name:** JOHNSON, STEVEN | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******9166 - Checking Account |
| **Taxpayer ID #:** **-***5642 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 03/04/14 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/22/13 | {15} | Steven Johnson | 2012 Federal Tax Refund Ck No. 4030-23879349 | 1124-000 | 5,592.84 | | 5,592.84 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,582.84 |
| 01/09/14 | 101 | Ira Bodenstein | Trustee compensation TFR approved 1/7/2014 | 2100-000 | | 1,309.28 | 4,273.56 |
| 01/09/14 | 102 | Cavalry SPV I, LLC as assignee of Bank of America | Ref # *5547 final distribution | 7100-000 | | 4,273.56 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,592.84 | 5,592.84 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 5,592.84 | 5,592.84 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,592.84** | **$5,592.84** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******9166** | 5,592.84 | 5,592.84 | 0.00 |
| | $5,592.84 | $5,592.84 | $0.00 |

{} Asset reference(s)                                                                                 Printed: 03/04/2014 12:49 PM    V.13.14